# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

SANDRA NASCA

    Plaintiff,

v.

FCA US LLC; and DOES 1 through 10, inclusive

    Defendants.

Case No. 2:23−CV−01114−DJC−SCR

**ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE PLAINTIFFS' MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES AND JURISDICTION**

On August 19, 2024, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court continues the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from August 19, 2024 to October 7, 2024; and
3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are determined and payment satisfied.

IT IS SO ORDERED.

Dated: August 20, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE