# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA NASCA,<br><br>    Plaintiff,<br><br>    v.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:23-cv-01114-DJC-SCR<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES AND JURISDICTION** |

On December 2, 2024, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court continues the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from December 9, 2024 to December 23, 2024; and
3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are decided and funding satisfied.

1  The parties are advised that the Court will entertain no further requests to continue
2  the deadline to file a motion for attorneys' fees, costs, and expenses absent good cause,
3  with compelling circumstances shown.

5  IT IS SO ORDERED.

7  Dated:  December 3, 2024                /s/ Daniel J. Calabretta
8                                                              THE HONORABLE DANIEL J. CALABRETTA
                                                                UNITED STATES DISTRICT JUDGE