# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA NASCA, | Case No. 2:23-cv-01114-DJC-SCR |
| Plaintiff, | Hon. Daniel J. Calabretta |
| vs. | **ORDER GRANTING JOINT STIPULATION REGARDING PLAINTIFF'S FEES, COSTS AND EXPENSES AND REQUEST FOR ENTRY OF ORDER** |
| FCA US, LLC.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Plaintiff SANDRA NASCA ("Plaintiff") and Defendant FCA US, LLC. have agreed FCA US, LLC. will pay $13,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

///

///

///

///

///

///

1

**ORDER**

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $13,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by March 11, 2025. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Dated:  December 11, 2024        /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE